UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:13-cr-176-T-17AEP

ABEL OSORIA-CUOK

### FORFEITURE MONEY JUDGMENT

The United States' moves, pursuant to 18 U.S.C. § 982(a)(2)(B), for a Forfeiture Money Judgment in the amount of $16,151.34 against defendant Abel Osoria-Cuok, which represents the amount of proceeds he obtained as a result of the conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2), as charged in Count One of the Information.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained $16,151.34 in proceeds as a result of his participation in the conspiracy charged in Count One of the Information, for which he has been convicted. Accordingly, it is hereby

ORDERED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b)(2), Federal Rule of Criminal Procedure, defendant Abel Osoria-Cuok is jointly and severally liable with his co-conspirators convicted of the same conspiracy in *United States v. Lazaro Rodriguez*, Case No. 8:13-cr-267-T-35TBM, and *United States v. Michel Lermos-Hernandez, et al.*, Case No.

8:13-cr-324-30TGW, for a forfeiture money judgment in the amount of $16,151.3, which represents the amount of proceeds the defendant obtained as a result of offense of conviction, in violation of 18 U.S.C. § 1029(b)(2), as charged in Count One of the Information.

In accordance with the defendant's Plea Agreement (Doc. 25, at 10-11) and Rule 32.2(b)(4), Federal Rules of Criminal Procedure, this order of forfeiture will become final as to Abel Osoria-Couk at the time it is entered.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by by 18 U.S.C. § 982(b)(1), up to and including the amount of the $16,151.34 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

ORDERED in Tampa, Florida, on July 29th, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties of Record

2